# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 19, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139083-4

JOSEPH HINZ, as Personal Representative of
the ESTATE OF JOHN ALLEN HAWKINS,
Deceased,
   Plaintiff-Appellant,

v

ALAN ALMY,
   Defendant-Appellee,

and

ALEXANDER HAMIL,
   Defendant.

SC: 139083
COA: 285125
Ingham CC: 07-001056-NI

_____/

JOSEPH HINZ, as Personal Representative of
the ESTATE OF JOHN ALLEN HAWKINS,
Deceased,
   Plaintiff-Appellant,

v

MICHIGAN STATE UNIVERSITY
BOARD OF TRUSTEES,
   Defendant-Appellee.

SC: 139084
COA: 285126
Court of Claims: 07-000026-MZ

_____/

On order of the Court, the application for leave to appeal the May 7, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, C.J., and CAVANAGH and HATHAWAY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 19, 2009

_____
Clerk